# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Device particularly described in Attachment A of the affidavit of SA Brian Robinson dated April 28, 2021 | )<br>)<br>)  Case No.  2:21-cr-780<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A of the affidavit of SA Brian Robinson dated April 28, 2021

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of the affidavit of SA Brian Robinson dated April 28, 2021

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 846 | Possess with Intent to Distribute Controlled Substances; Conspiracy |

The application is based on these facts:

See Affidavit

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brian Robinson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/28/2021

*Judge's signature*

City and state: Charleston, SC          Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*